IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-132-GCM

| | |
|---|---|
| PAUL BARRETT, )<br>             Plaintiff, )<br>v. )<br>)<br>LOCAL LIGHTHOUSE, INC., )<br>             Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Steven Lezell Woodrow,** filed June 8, 2015 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Woodrow is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Paul Barrett.

**IT IS SO ORDERED.**

Signed: June 10, 2015

Graham C. Mullen
United States District Judge