IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-132-GCM

| | | |
|---|---|---|
| PAUL BARRETT, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| LOCAL LIGHTHOUSE, INC., | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David G. Hagopian,** filed June 26, 2015 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Hagopian is admitted to appear before this court *pro hac vice* on behalf of Defendant, Local Lighthouse, Inc..

**IT IS SO ORDERED.**

Signed: June 29, 2015

Graham C. Mullen
United States District Judge