UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PAUL BARRETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOCAL LIGHTHOUSE, INC., a California corporation,<br><br>Defendant. | Case No. 3:15-cv-00132-GCM<br><br>**MOTION TO STAY THE INITIAL ATTORNEYS CONFERENCE AND FUTURE PROCEEDINGS** |

NOW COMES the Defendant, Local Lighthouse, Corp. ("Local Lighthouse"), by and through counsel, and with the consent of Plaintiff Paul Barrett ("Barrett"), and moves the Court to stay the Initial Attorneys Conference and future proceedings. In support of this motion, the parties show the Court as follows:

1. Barrett filed this action on March 19, 2015, 2015, alleging both for himself and on behalf of others that Local Lighthouse violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 by placing "robo-calls" to consumers on their residential and/or cellular telephone lines. On June 25, 2014, Local Lighthouse filed its Answer to the Complaint.

2. Including this one, there are now four purported class actions filed against Local Lighthouse pending in federal district courts that make similar allegations.[1] On May 28, 2015, Local Lighthouse filed a motion for transfer of these actions for coordinated or consolidated pretrial proceedings with the Judicial Panel on Multidistrict Litigation ("JPML"). The transfer

---

[1] These are: (1) *Robert Ballon v. Local Lighthouse Corp.*, No. 15-cv-00802 (C.D. Cal.); (2) *Andrew Grundman v. Local Lighthouse Corp.*, No. 15-cv-00825 (E.D. Cal.); and (3) *Noah Wick v. Local Lighthouse Corp.*, No. 15-cv-00482 (W.D. Wash.).

motion is scheduled for hearing on July 30, 2015 in MDL No. 2644. As indicated in all of the briefs filed with the JPML to date in MDL No. 2644, Barrett and all other plaintiffs in the actions fully favor coordination/consolidation and transfer.

3. Also from those briefs, all parties in the actions unanimously favor and have expressly agreed to the transfer of the four actions to the Honorable Judge James V. Selna in the Central District of California, Southern Division (Santa Ana). (One of the four actions —the *Ballon* case— is already pending before Judge Selna in Santa Ana.). The parties in their briefs also have expressed unanimous "second-place" and "third place" alternative preferences if the preferred option of transfer to Judge Selna is unavailable for any reason.

4. On July 9, 2015, this Court issued a notice pursuant to Local Rule 16.1 that an Initial Attorneys Conference be held within fourteen (14) days. In response to such notice, counsel for the parties discussed a stay of the Initial Attorneys Conference and future proceedings pending the aforesaid hearing before the JPML. Counsel for the parties agreed that a stay would be appropriate.

5. To conserve judicial resources and prevent the unnecessary expenditure of resources, Local Lighthouse respectfully requests that this Court stay the Initial Attorneys Conference and future proceedings pending the forthcoming hearing and ultimate ruling by the JPML. As indicated below, counsel for Barrett consents to this motion.

**WHEREFORE**, Defendant Local Lighthouse Corp. prays the Court that the Initial Attorneys Conference and all future proceedings be stayed pending the hearing and ultimate ruling by the Judicial Panel on Multidistrict Litigation in MDL No. 2644.

This the 10th day of July, 2015

**POYNER SPRUILL LLP**

 /s/  Joshua B. Durham
E. Fitzgerald Parnell, III
N.C. State Bar No. 5781
Joshua B. Durham
N.C. State Bar No. 25414
301 S. College Street, Suite 2300
Charlotte, NC  28202
Telephone:  (704) 342-5284
Fax: (704) 342-5264
Email: jparnell@poynerspruill.com
         jdurham@poynerspruill.com


CAROTHERS, DiSANTE & FREUDENBERGER, LLP
David G. Hagopian
CA State Bar No. 145171
(To be admitted *Pro Hac Vice*)
Jeffrey L. Sikkema
CA State Bar No. 164367
(To be admitted *Pro Hac Vice*)
2600 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:  (949) 622-1661
Fax:  (949) 622-1669
Email:  dhagopian@cdflitigation.com
          jsikkema@cdflitigation.com


WE CONSENT:


WOODROW & PELUSO, LLC


*/s/ Steven L. Woodrow*
Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Fax: (303) 927-0809
Email: swoodrow@woodrowpeluso.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing *Motion to Stay Initial Attorneys Conference and Future Proceedings* on the following counsel of record by electronically filing the foregoing with the Court using the Court's CM/ECF System, which will automatically send notice of such filing via e-mail to the persons listed below:

Stefan L. Coleman
Law Offices of Stefan Coleman, LLC
201 S Biscayne Blvd, 28th Floor
Miami, FL 33131

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Suite 300
Denver, CO 80210

Ted Lewis Johnson
Ted Lewis Johnson Attorney at Law
PO Box 5272
Greensboro, NC 27408

This the 10th day of July, 2015

**POYNER SPRUILL LLP**

 */s/  Joshua B. Durham*
E. Fitzgerald Parnell, III
N.C. State Bar No. 5781
Joshua B. Durham
N.C. State Bar No. 25414
301 S. College Street, Suite 2300
Charlotte, NC  28202
Telephone:  (704) 342-5284
Fax: (704) 342-5264
Email: jparnell@poynerspruill.com
            jdurham@poynerspruill.com

CAROTHERS, DiSANTE & FREUDENBERGER, LLP
David G. Hagopian
CA State Bar No. 145171
(To be admitted *Pro Hac Vice*)
Jeffrey L. Sikkema
CA State Bar No. 164367
(To be admitted *Pro Hac Vice*)
2600 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:  (949) 622-1661
Fax:  (949) 622-1669
Email:  dhagopian@cdflitigation.com
             jsikkema@cdflitigation.com