IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-132

| | |
|---|---|
| PAUL BARRETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOCAL LIGHTHOUSE, INC., )<br>)<br>)<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court upon Defendant's Consent Motion to Stay Proceedings (Doc. No. 14). Defendant shows that there are four similar actions pending against it in various federal district courts, and that on May 28, 2015, it filed a motion for transfer of these actions for coordinated pretrial proceedings with the Judicial Panel on Multidistrict Litigation ("JPML"). A hearing on that motion is scheduled for July 30, 2015. Defendant notes that Barrett and all other plaintiffs in the actions fully favor consolidation and transfer.

**THEREFORE**, for the reasons stated in the Motion and for good cause shown, **IT IS ORDERED** that the Motion is **GRANTED**. The Initial Attorneys Conference and all other proceedings in this case are **STAYED** pending the hearing and ultimate ruling by the JPML in MDL No. 2644.

**SO ORDERED.**

Signed: July 10, 2015

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge