# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-132-GCM

| | |
|---|---|
| PAUL BARRETT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOCAL LIGHTHOUSE, INC.<br><br>　　　　Defendant. | ORDER GRANTING<br>STIPULATION TO TRANSFER<br>PURSUANT TO 28 U.S.C. §1404(a) |

The Court, having considered the Parties' Stipulation to Transfer Pursuant to 28 U.S.C. § 1404(a) (Doc. No. 16), and being duly advised in the premises, for the reasons stated in the Stipulation, it is hereby ORDERED as follows:

1. The Stipulation is ACCEPTED and GRANTED,

2. The Clerk of Court is respectfully directed to transfer this case to the United States District Court, Central District of California for such further proceedings as that court deems appropriate, and

3. No further proceedings shall be had in this Court.

**IT IS SO ORDERED.**

Signed: August 25, 2015

_Graham C. Mullen_
Graham C. Mullen
United States District Judge